IN THE SUPREME COURT OF NORTH CAROLINA

No. 251A17

Filed 2 March 2018

STATE OF NORTH CAROLINA

v.

OMAR JALAM COOK


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 802 S.E.2d 575 (2017), finding no error after appeal from judgments entered on 9 February 2016 by Judge Hugh B. Lewis in Superior Court, Mecklenburg County. Heard in the Supreme Court on 8 January 2018.

*Joshua H. Stein, Attorney General, by Joseph L. Hyde, Assistant Attorney General, for the State.*

*Ann B. Petersen for defendant-appellant.*

PER CURIAM.


AFFIRMED.